UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DARRYL E. CROMPTON; | ) |
|     Plaintiff; | ) |
| | ) CIVIL ACTION NO. |
| | ) 3:14-cv-1189-WHA-CSC |
| v. | ) |
| | ) |
| TUSKEGEE UNIVERSITY; and | ) |
| MATTHEW JENKINS, D.V.M., individually; | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Darryl Crompton, Wayne Morse, Jr., Rebecca L. Sherman, and Clyde O. Westbrook, III move the Court to enter an order declaring that Wayne Morse, Jr., Rebecca L. Sherman, and Clyde O. Westbrook, III have withdrawn as counsel for Mr. Crompton. Mr. Crompton is now represented by Andrew P. Campbell and A. Todd Campbell. This withdrawal is made with Mr. Crompton's knowledge and consent.

Dated: March 23, 2015.

Respectfully Submitted,

*/s/ Wayne Morse, Jr.*
Wayne Morse, Jr.
ASB – 0161 – e60w

*/s/ Rebecca L. Sherman*
Rebecca L. Sherman

1

WALDREP STEWART & KENDRICK, LLC
2323 Second Avenue North
Birmingham AL  35203
Telephone:  (205) 254-3216
Facsimile:   (205) 327-8395

/s/ Clyde O."Tres"Westbrook, III
Clyde O. "Tres" Westbrook, III
ASB – 4320 – O65C

HARRIS & HARRIS, LLP
2501 20th Place S Ste 450
Birmingham AL 35223
Telephone:  (205) 871-5777
Facsimile:   (205) 871-0029

## CERTIFICATE OF SERVICE

On March 23, 2015, I served via the Court's electronic filing system, the foregoing on: **Lisa Karen Atkins and Katherine E. Reeves, Ogletree Deakins, 420 North Twentieth Street, Suite 1900, Birmingham, Al 35203.**

/s/ Wayne Morse, Jr.
Of Counsel