**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARRYL E. CROMPTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **3:14-CV-01189-CDL-GMB** |
| | ) | |
| **TUSKEGEE UNIVERSITY,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW, Defendants, Tuskegee University and Matthew Jenkins, D.V.M. ("Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and request this Honorable Court grant summary judgment in their favor on all claims asserted by Plaintiff, Darryl Crompton ("Crompton").  As set forth fully in Defendants' Brief in Support of their Motion for Summary Judgment, filed contemporaneously herewith, no genuine issues of material fact exist, and Defendants are entitled to judgment as a matter of law with respect to all of Crompton's claims.  In support of this Motion, Defendants rely upon the pleadings filed in this case, discovery produced in this case, deposition testimony and related exhibits, Declarations and Affidavits and related exhibits, as well as the case law and arguments set forth in Defendants' supporting brief, filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Summary Judgment, dismiss Plaintiff's claims with prejudice, and award Defendants their costs in defending against this action.

Respectfully submitted,

s/Lisa Karen Atkins
Lisa Karen Atkins
J. Richard Carrigan
Katherine E. Reeves
Ogletree, Deakins, Nash, Smoak
     & Stewart, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35243
Phn: 205.328.1900
Fax: 205.328.6000
lisa.atkins@odnss.com
katherine.reeves@odnss.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2016, the foregoing was e-filed via this Court's CM/ECF service, which will send an electronic notification and copy of same to the following counsel of record:

Andrew P. Campbell
A. Todd Campbell
Yawanna N. McDonald
CAMPBELL, GUIN, WILLIAMS,
GUY & GIDIERE, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203
Telephone: (205) 224-0750
Yawanna.mcdonald@campbellguin.com
Andy.Campbell@campbellguin.com
Todd.Campbell@campbellguin.com

*Counsel for Plaintiff*

/s/Lisa Karen Atkins
Of Counsel