ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DARRYL CROMPTON,

Plaintiff,

-vs- CASE NO. 3:14-CV-1189

TUSKEGEE UNIVERSITY,

Defendant.

SPECIAL VERDICT FORM

1. Do you find by a preponderance of the evidence that Tuskegee University breached the provision of its employment contract with Plaintiff that provided for a five year term of employment?

X YES ~~draft~~

_________ NO

*If you answered "YES," answer the next question. If you answered "NO," go to Question 2.*

What amount of damages do you award to Plaintiff against Tuskegee University for the breach of the five year term provision in the contract?

$525,841.92

*Go to Question 2.*

2. Do you find by a preponderance of the evidence that Tuskegee University and Plaintiff entered into an employment contract that included as one of its provisions that Plaintiff was granted tenure at Tuskegee University as of the date that he began his employment with Tuskegee University?

__X__ YES

_______ NO

*If you answered "YES," go to Question 3. If you answered "NO," your deliberations are finished and your foreperson should sign and date the verdict form and notify the court security officer that you have reached a verdict.*

3. Do you find by a preponderance of the evidence that Tuskegee University breached the provision of the employment contract that provided tenure to Plaintiff?

__X__ YES

_______ NO

*If you answered "YES," go to Question 4. If you answered "NO," your deliberations are finished and your foreperson should sign and date the verdict form and notify the court security officer that you have reached a verdict.*

4. What amount of damages do you award to Plaintiff and against Tuskegee University for the breach of the tenure provision in the contract in addition to any damages that you awarded, if any, for the breach of the five year tenure provision in the contract? $1,427,208.10

SO SAY WE ALL.

Foreperson 2-3-17 Date